**Order entered September 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00703-CV

## JASON MARTINEZ AND HOLLY WOODARD MARTINEZ, Appellants
## V.
## ICAN FINANCIAL, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09112**

### ORDER

Although directed to file written verification they had paid or made arrangements to pay for the reporter's record and cautioned that failure to comply by September 13, 2021 could result in the appeal being submitted without that record, appellants have failed to comply. *See* Tex. R. App. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant's brief be filed no later than October 11, 2021.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE